**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 17-3-DLB-EBA

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.             **ORDER ADOPTING REPORT AND RECOMMENDATION**

ASHLEI STEINBRECHER                                                                 DEFENDANT

\* \* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the August 14, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 13), wherein he recommends that the Court revoke Defendant Ashlei Steinbrecher's supervised release and impose a sentence of eleven (11) months incarceration, credit to be given for time served since his detention on the charged violations, with a four-year term of supervised release to follow. *Id.* During the August 8, 2017 Final Revocation Hearing, Defendant stipulated to the allegations contained in Violation No. 2 of the Violation Report. (Doc. # 11 at 4).

Defendant having executed a waiver of her right to allocution (Doc. # 12), and the time for filing objections to the R&R having passed, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 13) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of her supervised release as set forth in Violation No. 2 of the Violation Report;

(3) Violation No. 1 is hereby **dismissed**.

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is sentence to the **CUSTODY** of the Attorney General for a period of **eleven (11) months**, with no term of supervised release to follow; and

(6) A Judgment shall be entered concurrently herewith.

This 6th day of September, 2017.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2011\11-42 Order Adopting R&R re 2255.docx